**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   : No. 419 MAL 2014
                                                   :

              Respondent            :

                                             : Petition for Allowance of Appeal from the
                                             : Order of the Superior Court

                v.                :

                                                     :

JOHN PATRICK STANTON,          :

                                         :

              Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 17th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.